UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 19 2005 ★

BROOKLYN OFFICE

In re WASHINGTON MUTUAL RESPA FEE LITIGATION

Master Docket: CV-02-5944 JG (SMG)

## **ORDER**

Upon the annexed Declaration of Claude G. Szyfer, Esq., dated July 11, 2005, and the Certificate of Good Standing and Declaration of JiAe Moon, Esq. attached thereto, and upon good cause shown therein, it is hereby:

ORDERED that that JiAe Moon is granted leave to appear <u>pro</u> <u>hac</u> <u>vice</u> in the above actions as counsel for Defendants Washington Mutual, Inc.; Washington Mutual Home Loans, Inc.; and Washington Mutual Bank.

ORDERED.

s/John Gleeson          7-13-05
Honorable Judge John Gleeson,
United States District Judge