# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WASHINGTON MUTUAL RESPA FEE LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket: CV-02-5944 JG (SMG)**<br><br>**ORDER OF ADMISSION TO PRACTICE PRO HAC VICE**<br><br>Class Action<br><br>Demand for Jury Trial |

*[Filed stamp: IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 2 2005 ★ BROOKLYN OFFICE]*

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney JiAe Moon is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:   s/John Gleeson
_____
United States District Judge

7-26-05

cc: Pro Hac Vice Attorney
    Court File

50292855v2